THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

CASE NO. CR21-0149-JCC

10
                                Plaintiff,

ORDER

11
        v.

12

STEVE GODINA OCHOA,

13
                                Defendant.

14

15      This matter comes before the Court on Defendant's unopposed motion to proceed with

16  his sentencing hearing by videoconference (Dkt. No. 38). Having thoroughly considered the

17  motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained

18  herein.

19      Defendant pleaded of guilty to possession with intent to distribute methamphetamine and

20  heroin, possession of child pornography, and two counts for illegal firearms possession. (Dkt.

21  Nos. 29, 31, 35.) His sentencing on these counts is scheduled for January 11, 2022. (Dkt. No.

22  29.) However, Defendant moves to proceed with his sentencing hearing remotely in light of the

23  health risks of exposure to COVID-19. (*See* Dkt. No. 38.) The Government does not oppose the

24  motion.

25      Under General Order 04-20, felony pleas and sentencings may proceed by video or

26  telephone conferencing if "the district judge in a particular case finds for specific reasons that the

ORDER
CR21-0149-JCC
PAGE - 1

plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." *See also* W.D. Wash. General Orders 14-21 (Dec. 22, 2021) (extending duration of General Order 04-20).

Due to the increase in average daily number of individuals testing positive for COVID-19, the Court encourages parties to consider a continuance or holding such proceedings using audio and video conference technology. *See* W.D. Wash. General Order 01-22 (Jan. 7, 2022).

Defendant has a strong interest in the speedy resolution of his sentence. (*See* Dkt. No. 38.) Under all of these circumstances, the Court FINDS that Defendant's sentencing hearing cannot be delayed until such time as new COVID-19 cases decrease without serious harm to the interests of justice.

For the foregoing reasons, the Court GRANTS Defendant's motion to proceed with his sentencing hearing by video conference (Dkt. No. 38). Defendant's sentencing hearing is CONTINUED to January 19, 2022, at 9:00 a.m. to accommodate Federal Detention Center SeaTac's resources to facilitate remote proceedings. The parties should contact the Courtroom Deputy 24 hours before the hearing to request login or call-in information.

DATED this 7th day of January 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE