THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0149-JCC |
| Plaintiff, | ORDER |
| v. | |
| STEVE GODINA OCHOA, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") (Dkt. No. 48) for the following property:

1. One gray iPhone model A1586, bearing serial number FK1V49U1GRYG, seized from the Defendant on or about January 31, 2020;

2. One gray iPhone model A1688, bearing serial number 356149094476533, seized from the Defendant on or about January 31, 2020;

3. One gray iPad (large), bearing serial number DMPNNJNLG5VT, seized from the Defendant on or about January 31, 2020;

4. One gray iPad (small), bearing serial number F4KPG2N2G5Y4, seized from the Defendant on or about January 31, 2020;

5. One black Samsung S9, bearing IMEI number 353305090737640, seized from the Defendant on or about January 31, 2020;

6. One blue LG with black case, bearing serial number 807CYHE102641, seized from the Defendant on or about January 31, 2020;

7. One brown LG phone, bearing serial number 606CYRN039902, seized from the Defendant on or about January 31, 2020;

8. One black Lenovo laptop, bearing serial number CBU4069705, seized from the Defendant on or about January 31, 2020;

9. One Nokia Windows phone, bearing IMEI number 356696050682751, seized from the Defendant on or about January 31, 2020;

10. One Nikon D60 camera containing SD card, bearing serial number 3235508, seized from the Defendant on or about January 31, 2020;

11. One Fuji Film Fine Pix SL 100 camera, bearing serial number 4SL00513, seized from the Defendant on or about January 31, 2020 ;

12. One silver Samsung phone with gel case, bearing serial number R28G8403XQK, seized from the Defendant on or about January 31, 2020; and

13. One gray iPad with a cracked screen, bearing serial number DMPLCICJF186, seized from the Defendant on or about January 31, 2020.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On January 5, 2022, the Court entered a Preliminary Order of Forfeiture finding the electronics forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting the Defendant's interest in them (Dkt. No. 41);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 46); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified electronics exists in any party other than the United States;

2. The electronics are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or their representatives, are authorized to dispose of the electronics as permitted by governing law.

DATED this 22nd day of March 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE